UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS, | Case No. 3:26-cv-00356-ART-CLB |
| Petitioner, | DISMISSAL ORDER |
| v. | |
| JOHN HENLEY, | |
| Respondent. | |

*Pro se* Petitioner Theodore Stevens filed a federal habeas petition on May 13, 2026. (ECF No. 1-1.) The Court ordered Stevens to file an IFP application or pay the $5 filing fee on or before June 26, 2026. (ECF No. 3.) Stevens was warned that "this action may be dismissed without prejudice if [he] fails to timely comply." (*Id.*) To date, Stevens has not filed an IFP application, paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without prejudice based upon Steven's failure to properly commence this action. A Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents, (3) send the Nevada Attorney General a copy this Order and all other filings in this matter by regenerating the notices of electronic filing, (4) enter final judgment, and (5) close this case.

DATED: June 30, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1