UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE STEVENS,<br><br>                              Petitioner,<br><br>      v.<br><br>JOHN HENLEY,<br><br>                              Respondent. | Case No. 3:26-cv-00356-ART-CLB<br><br>DISMISSAL ORDER |

*Pro se* Petitioner Theodore Stevens filed a federal habeas petition on May 13, 2026. (ECF No. 1-1.) The Court ordered Stevens to file an IFP application or pay the $5 filing fee on or before June 26, 2026. (ECF No. 3.) Because Stevens failed to comply, the Court dismissed the Petition without prejudice on June 30, 2026. (ECF No. 4.) Judgment was entered. (ECF No. 6.) Stevens has now moved to withdraw his Petition. (ECF No. 7.) Because the Petition has already been dismissed, Stevens's motion to withdraw is denied as moot.

It is therefore ordered that the motion (ECF No. 7) is denied.

DATED this 8th day of July 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1